IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| FELICIA BEAIRD, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. 5:23-CV-00087-RWS |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY, | § § § |
| Defendant. | § § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice. Docket No. 16. In the joint stipulation, the parties stipulate that "that the parties have concluded the matter by confidential agreement and further stipulate that this action should be dismissed, in its entirety and with prejudice, with each party to bear her or its own costs and attorney's fees." *Id.* The Court, having reviewed the joint stipulation finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 5th day of February, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE